JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL ANDREW JACE,

Petitioner,

v.

RON DAVIS, Warden,

Respondent.

Case No. 2:19-cv-03020-ODW-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  February 5, 2021

_____
Otis D. Wright, II
UNITED STATES DISTRICT JUDGE